IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LARRY D. GILREATH, )<br>)<br>Defendant. ) | 8:96CR157<br><br>ORDER |

A hearing will be held regarding the Clerk's Notice of Post-Judgment Garnishment (Filing No. 44) before the undersigned magistrate judge at **9:15 a.m. on July 27, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.   Larry D. Gilreath must be present in person.

DATED this 12th day of July, 2006.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge