## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>           Plaintiff, )<br>  )<br>v. )<br>  )<br>LARRY GILREATH, )<br>  )<br>           Defendant, )<br>  )<br>    and )<br>  )<br>MARIOTT INTERNATIONAL, INC., )<br>  )<br>           Garnishee. ) | 8:96CR157<br><br>GARNISHEE ORDER |

A Writ of Garnishment, directed to Garnishee, Mariott International, Inc.,10400 Fernwood Rd., Bethesda, MD 20817, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on June 22, 2006, stating that at the time of the service of the Writ he had in his possession or under his control non-exempt property belonging to and due defendant, Larry Gilreath, (xxxx xxxx)[1], Omaha, NE 68164, and that garnishee was indebted to defendant.

On June 15, 2006, the defendant was notified of his/her right to a hearing. On July 5, 2006, the defendant filed a request for hearing to determine exempt property.

On July 27, 2006, a hearing was held. It was determined that the garnishment would continue at the reduced rate of 15%.

**IT IS ORDERED** that Garnishee pay the lesser of: 1) the amount by which the defendant's disposable earnings exceed the exempt earnings or 2) fifteen percent (15%) of the defendant's disposable earnings to plaintiff, United States of America. Payments will be made payable to the Department of Justice, and delivered to the Clerk of the District Court, Hruska U.S. Courthouse, 111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322. Said payments are to continue until A) A court order quashing the writ of

---

[1] Specific address deleted pursuant to the E-Government Act of 2002.

garnishment; B) exhaustion of property in the possession, custody or control of the garnishee in which the debtor has a substantial non-exempt interest (including non-exempt disposable earnings), unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or C) satisfaction of the debt with respect to which the writ is issued.

The Clerk of the Court shall mail a copy of this Order to the Defendant, the Garnishee, and the U.S. Attorney's Office.

DATED this 27th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge