## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:96CR157 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LARRY GILREATH, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion (Filing No. 51) of the Plaintiff, United States of America, for an order releasing the garnishment against Mariott International, Inc., and for good cause shown,

**IT IS ORDERED** that the garnishment against Mariott International, Inc., is released.
DATED this 5th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge